IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **BEAUMONT PRESERVATION PARTNERS, LLC** | § § § § | |
| **v.** | § | **NO. 1:10-CV-548** |
| | § | |
| **INTERNATIONAL CATASTROPHE INSURANCE MANAGERS, LLC,** *et al.* | § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for all pretrial matters pursuant to a Referral Order entered on September 10, 2010. On August 4, 2011, the case was reassigned to the Honorable United States Magistrate Judge Zack Hawthorn. The court has received and considered the report (Docket No. 76) of the United States magistrate judge, who recommends that the Defendants' "Motion for Partial Summary Judgment" (Docket No. 25) should be granted in part and denied in part. No objections to the report and recommendation have been filed. The court's independent review confirms that the magistrate judge's analysis is correct. It is, therefore,

**ORDERED** that the report and recommendation (Docket No. 76) of the magistrate judge is **ADOPTED**.

So **ORDERED** and **SIGNED** this **21** day of **December, 2011.**

_____
Ron Clark, United States District Judge